CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff
EDGARDO CARRILLO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EDGARDO CARRILLO,

Plaintiff,

v.

ATLANTIC REPETTO LLC, a California Limited Liability Company; ARCELY DEMARIA ARRIAGA; and Does 1-10,

Defendants.

Case No.: 2:20-cv-00195-RGK-PLA

**NOTICE OF SETTLEMENT**

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: February 26, 2020

By: /s/ Phyl Grace
Phyl Grace
Attorney for Plaintiff